**Order entered July 14, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00449-CV

## LEFORCE ENTERTAINMENT, LLC, Appellant

## V.

## ADAM MORGAN, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06091**

## ORDER

The reporter's record in this accelerated appeal has not been filed although appellant requested it on June 16, 2021. Accordingly, we **ORDER** Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file the record **no later than July 26, 2021.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/    KEN MOLBERG
         JUSTICE